# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  
ANGELES BRIGGS GILMORE AKA ANGELES B. GILMORE, Debtor

CHAPTER 13  
CASE NO: 21-47595  
JUDGE THOMAS J. TUCKER

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The debtor(s) indicates in Schedule A that the debtor(s) owns real property located in Branch, Michigan, with a fair market value of $3,200.00. The Trustee requests that the debtor provide an Appraisal or the State Equalized Value to support this fair market value no later than fourteen (14) days prior to confirmation.

2. Based upon the debtor's Schedule I, a portion of the debtor's monthly gross income in the amount of $600.00 is derived from income received from family. The Trustee therefore requests a filed Affidavit from the debtor's family, with a copy served upon the Trustee, in order to determine whether such income constitutes "regular income" as required by 11 U.S.C. 109(e) and whether such income shall be sustained for the duration of the debtor's Plan pursuant to 11 U.S.C. 1325(a)(6).

3. The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

    a. Timeshare - $50.00 per month. The Trustee objects to this expense as it is not reasonably necessary for the maintenance and support of the debtors and their dependents. The Trustee requests that the debtors increase best effort by $50.00 per month.

The Trustee requests that the debtor provide proof of these expenses within fourteen days.

WHEREFORE, the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan.

| | |
|---|---|
| 11/1/2021 | OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT<br>**/S/ TAMMY L. TERRY**<br>Chapter 13 Standing Trustee<br>/S/ KIMBERLY SHORTER-SIEBERT (P49608)<br>/S/ MARILYN R. SOMERS-KANTZER (P52488)<br>Staff Attorneys<br>535 Griswold Street, Suite 2100<br>Detroit, MI 48226<br>(313) 967-9857<br>mieb_ecfadmin@det13.net |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>ANGELES BRIGGS GILMORE AKA ANGELES B. GILMORE, Debtor | CHAPTER 13<br>CASE NO: 21-47595<br>JUDGE THOMAS J. TUCKER |

**CERTIFICATE OF MAILING**

      I hereby certify that on **11/04/2021**, a copy of TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

                              OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
                              /S/ LATOYA ETHRIDGE
                              Chapter 13 Standing Trustee Clerk
                              535 Griswold Street, Suite 2100
                              Detroit, MI   48226
                              (313) 967-9857
                              mieb_ecfadmin@det13.net

B.O.C. LAW GROUP, P.C.
24100 WOODWARD AVENUE
PLEASANT RIDGE, MI   48069


ANGELES BRIGGS GILMORE
70 VIRGINIA PARK
DETROIT, MI   48202